AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclusocal.org
EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone:   (213) 977-5211
Facsimile:   (213) 417-2211

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBALDO ARROYO, JORGE POROJ SAC, ATEMNKENG BECKY NJUALEM, SERGIO JONATHAN MORENO, ELIESER DAVID BLEA, SANTIAGO GUEVARA-MELGAR, BASHIR ABDI WABARE, TANYI FERICK AWUNGDEU, NGUANYI ATABONG QUEENIDA, and ASMEROM ZEMEDE ENABI on behalf of themselves and all others similarly situated, PUBLIC LAW CENTER, and PUBLIC COUNSEL, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KEVIN K. MCALEENAN, Acting Secretary of Homeland Security; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; RONALD D. VITIELLO, Acting Director, Immigration and Customs Enforcement; THOMAS GILES, Acting Field Office Director, Los Angeles Field Office of ICE; JENNIFER HERRERA, Assistant Field Office Director, Orange County Detained Program, Los Angeles Field Office of ICE; LUKE SOUTH, Captain, Orange County Sheriff's Department, Theo Lacy Facility; and LISA VON NORDHEIM, Captain, Orange County Sheriff's Department, James A. Musick Facility, <br><br> Defendants-Respondents. | Case No.  8:19-cv-00815 JGB (SHKx) <br><br> **ORDER SETTING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

# ORDER

The Court, having considered the stipulation between Plaintiffs and the Federal Defendants to set a briefing schedule on Plaintiffs' motion for attorneys' fees, and good cause appearing therefor, hereby approves the joint stipulation and orders as follows:

1. Plaintiffs shall have up to and including October 21, 2019 to file their motion for attorneys' fees.
2. Federal Defendants shall have up to and including November 25, 2019 to file any opposition.
3. Plaintiffs shall have up to and including December 16, 2019 to file any reply.
4. Any hearing on the motion shall take place on Monday January 6, 2020 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: August 23, 2019

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE